UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MERLE L. ROYSE,

    Petitioner,

    v.

BELINDA STEWART,

    Respondent.

Case No. C06-5440FDB

ORDER DENYING RECONSIDERATION

The Court adopted the Report and Recommendation that this matter was second and successive and this matter was transferred to the Ninth Circuit. Petitioner's moves for reconsideration, but his arguments do not convince the Court to reconsider its decision.

ACCORDINGLY, IT IS ORDERED: Petitioner's Motion for Rehearing [Dkt. # 13] is DENIED.

DATED this 27th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1